IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| United States of America | Plaintiff |
| vs. | No. 5:03CR6BRN |
| Quitman Beach | Defendant |
| and | |
| Dynasteel Corporation<br>Post Office Box 27640<br>Memphis, TN 38167 | Garnishee |

**ORDER QUASHING GARNISHMENT**

COMES NOW on Motion of the United States Attorney to quash the Writ of Continuing Garnishment issued on April 14, 2009, (docket # 21) on the grounds that the defendant's employment was terminated April 25, 2008. (See Garnishee's answer docket # 22)

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Continuing Garnishment issued in this action on April 14, 2009 (docket #21), be and it is hereby quashed, and the garnishee, Dynasteel Corporation, is hereby dismissed.

ORDERED AND ADJUDGED this __11th__ day of __May__, 2009.

                                          __s/ David Bramlette__
                                          DAVID BRAMLETTE
                                          UNITED STATES SENIOR DISTRICT JUDGE